IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL F. NAGY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 09-3995 |
| HARRIS M. DE WESE, *et al.*, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this _____ day of April, 2010, upon consideration of the motion to dismiss Count III of the first amended complaint filed by defendant Morgan Stanley Smith Barney, LLC (docket no. 19); defendant John Jason Bish's motion for judgment on the pleadings as to Count III (docket no. 20); the motion for judgment on the pleadings as to Count II of the first amended complaint filed by defendants Harris DeWese and Compass Capital Partners, Ltd. (docket no. 22); plaintiff's responses to the defendants' motions; and defendant Morgan Stanley Smith Barney's reply thereto, **IT IS HEREBY ORDERED** that

(1) the motion of defendants Harris DeWese and Compass Capital Partners, Ltd. for judgment on the pleadings as to Count II (docket no. 22) is **DISMISSED AS MOOT**;

(2) defendant Morgan Stanley Smith Barney's motion to dismiss Count III (docket no. 19) is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** to the extent that the claim seeks to recover for breach of fiduciary duties owed to the Compass Capital Partners Ltd. Defined Benefit Retirement

Plan (the "Plan").  The motion is **GRANTED** to the extent that the claim seeks to recover for breach of fiduciary duties owed to the Plan's participants;

(3)  defendant John Jason Bish's motion for judgment on the pleadings as to Count III (docket no. 20) is **DISMISSED AS MOOT**.

                                               s/ William H. Yohn Jr., Judge
                                                  William H. Yohn Jr., Judge