IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL F. NAGY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 09-3995 |
| HARRIS M. DEWESE *et al.*, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 23rd day of June, 2011, after trial and in accordance with the court's findings of fact and conclusions of law, **IT IS HEREBY ORDERED** that

(1) by agreement of counsel, plaintiff's claims against Compass Capital Partners, Ltd., are **DISMISSED** without prejudice;

(2) judgment is **ENTERED** against defendant, Harris M. DeWese, and in favor of plaintiff, Gabriel F. Nagy, on behalf of the Compass Capital Partners Ltd. Defined Benefit Retirement Plan, in the amount of $636,752.67, with prejudgment interest of 6% per annum from April 29, 2011 to this date;

(3) judgment is **ENTERED** against plaintiff and in favor of defendant, Citigroup Global Markets, Inc.; and

(4) the clerk shall **CLOSE** this case for statistical purposes.

/s William H. Yohn Jr., Judge
William H. Yohn Jr., Judge